| | |
|---|---|
| 1 | Baron J. Drexel, CBN 132529 |
| | Law Offices of Baron J. Drexel |
| 2 | 212 Ninth Street, Suite 401 |
| | Oakland, California 94607 |
| 3 | Telephone: (510) 444-3184 |
| | Facsimile: (510) 444-3181 |
| 4 | E-mail: drexlex@sbcglobal.net |
| 5 | |
| 6 | Attorney for Debtors/Defendants |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re : | Case No. 08-32217 |
| | (Chapter 7) |
| BETTE CARR-WALTON, JAMES WALTON, WALTON & WALTON REAL ESTATE COMPANY, | Adversary Case No. 09-3068 |
| | NOTICE AND MOTION TO DISMISS |
| Debtor. | Date: July 17, 2009 |
| | Time: 9:30 a.m. |
| WILTON MARSHALL, JR. and WILLIE MAE MARSHALL, | Place: Courtroom 23 |
| Plaintiffs, | |
| vs. | |
| BETTE CARR-WALTON, JAMES WALTON, WALTON & WALTON REAL ESTATE COMPANY, and DOES 1 to 10, inclusive, | |
| Defendants. | |

- 1 -

NOTICE IS HEREBY GIVEN that on July 17, 2009, at 9:30 a.m. or as soon thereafter as the matter may be heard , in Courtroom 23, of this Court, at 235 Pine Street, San Francisco, defendants will move this court to dismiss the adversary complaint, pursuant to Federal Rule of Civil Procedure 12b6. The motion is based upon this Notice and the accompanying Memorandum of Points and Authorities, the pleadings on file, and such further matter which will be submitted at the hearing.

Dated: May 22, 2009                           LAW OFFICES OF BARON J. DREXEL

                                             By:_____/s/ Baron J. Drexel _____
                                                    Baron J. Drexel
                                                    Attorney for the Debtor