1  MARTIN GLICKFELD, ESQUIRE
   State Bar No. 95346
2  LAW OFFICES OF MARTIN GLICKFELD
   2133 Lombard at Fillmore
3  San Francisco, CA 94123
   Telephone: (415) 441-7491
4

5  Attorney for Creditors and Plaintiffs
   WILTON MARSHALL, JR.
6  and WILLIE MAE MARSHALL

7

ECF - Exempt

**A.M.** FILED

AUG 2 1 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

8                UNITED STATES BANKRUPTCY COURT

9        NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

10  In re:                              )  CASE NO.: 08-32217
                                        )
11  BETTE CARR-WALTON, JAMES WALTON,    )  Chapter 7
12  WALTON & WALTON REAL ESTATE         )
    COMPANY                             )  Adversary No.: 09-3068
13                                      )
            Debtors                     )
14  _____)  STATUS CONFERENCE STATEMENT
                                        )
15  WILTON MARSHALL, JR. and WILLIE MAE )  Date:  August 28, 2009
    MARSHALL                            )  Time:  9:30 a.m.
16                                      )  Ctrm:  Hon. Thomas E. Carlson
                                        )         235 Pine Street, 23rd Floor
17          Plaintiffs,                 )         San Francisco, CA
                                        )
18      vs.                             )
                                        )
19  BETTE CARR-WALTON, JAMES WALTON,    )
    WALTON & WALTON REAL ESTATE         )
20  COMPANY, and DOES 1 to 10, inclusive )
                                        )
21          Debtors/Defendants          )
                                        )
22  _____)

23          The parties have participated in a Discovery Conference in which all required matters were

24  discussed. Initial Disclosures will be made prior to the Status Conference. The parties discussed,

25  if convenient to the Court, a March 2010 date, with discovery deadlines to be set in relation to that

26  trial date. Counsel for the Marshalls has recently received correspondence from an insurance

27  company advising that it is reviewing coverage for these claims. Counsel for the Marshalls

28

Creditor Marshalls Nondischargeablity Status Conf. Stmt Case No. 08-32217          1

1  provided that information to counsel for the debtors. Subject to there being some further

2  information on that issue, counsel will be prepared to discuss any and all aspects of the further

3  conduct of this case at the Status Conference.

4       Counsel for the Marshalls provided a draft Status Conference Statement to counsel for

5  debtors so that the parties could submit it jointly. Unfortunately, no reply was received and due

6  to the immanency of the Status Conference, the Marshalls are filing this statement separately.

7                                         Respectfully submitted,

8  Dated:                                 LAW OFFICES OF MARTIN GLICKFELD

9

10                                        By:

11                                            Martin Glickfeld
                                             Attorney for Plaintiffs
12

13

   C:\CLIENTS\MARSHALL, W\Walton (Real Prop)\PLEADINGS\Caption Bankruptcy.SCS.wpd
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SERVICE BY MAIL**
**(Code Civ. Proc. §1013a(3), 2015.5 C.C.P.)**

1
2
3
4

I, the undersigned, declare as follows:

5    I am now and at all times mentioned herein have been a citizen of the United States, over the age of eighteen years, and am not a party to the within action. My business address is 2133 Lombard Street, San Francisco, California 94123.

6
7    On the date indicated below, I served the within

8    STATUS CONFERENCE STATEMENT

9
10   on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

11   Baron J. Drexel
     Law Offices of Baron J. Drexel
12   212 Ninth Street, Suite 401
     Oakland, CA  94607
13   Tel: (510) 444-3184
     Fax: (510) 444-3181
14
     in the following manner:

15
     _X_   **By US Mail:** I placed a true and correct copy of said document in a sealed envelope with
16   postage thereon fully prepaid, deposited for collection and mailing pursuant to the
     ordinary business practice of this office which is that correspondence for mailing is
17   collected and deposited with the United States Postal Service on the same day in the
     ordinary course of business.
18
     ____   **By Facsimile:** I caused such document to be faxed to the addressee and number shown
19   above, wherein such fax is transmitted that same day in the ordinary course of business.

20   ____   **By Email:** I caused such document to be emailed to the addressee and address shown
     above, wherein such email is transmitted that same day in the ordinary course of business.
21
     ____   **By Personal Delivery:** I personally delivered a true and correct copy of said document(s)
22   in a sealed envelope to the addressee shown above.

23
     I declare under penalty of perjury under the laws of the State of California that the
24   foregoing is true and correct.

25   Executed at San Francisco, California, on August 20, 2009.

26
27                                                    _Susan Abbott_
                                                      Susan Abbott
28

Case 08-03058  Doc# 13   Filed: 08/21/09   Entered: 08/25/09 16:58:58   Page 3 of 3